■ LEE F. ROBINSON, Appellant-Respondent, v ALFREDO QUINTANS et al., Respondents-Appellants. [702 NYS2d 836] —In a medical malpractice action to recover damages for personal injuries and wrongful death, etc., the plaintiff appeals, as limited by his brief, from so much of a judgment of the Supreme Court, Orange County (Slobod, J.), entered August 12, 1998, as, upon a jury verdict awarding him, *inter alia,* all medical expenses, awarded him medical expenses of only $86,289.59, and the defendants Alfredo Quintans, M.D., Alfredo Quintans, M.D., P. C., Saleh Sarwar, M.D., Saleh Sarwar, M.D., P. C., and Cornwall Hospital cross-appeal, as limited by their brief, from so much of the same judgment as, upon a jury verdict finding that the defendant Alfredo Quintans, M.D. was 40% at fault, the defendant Saleh Sarwar, M.D. was 40% at fault, and the defendant Cornwall Hospital was 20% at fault, and awarding damages in the amount of $326,800 ($125,000 for pain and suffering, $125,000 for the plaintiff's derivative cause of action, and $76,800 for wrongful death), plus all medical expenses, and upon granting their motion to set aside the jury verdict only to the extent of directing a new trial with respect to damages unless the plaintiff stipulated to reduce the verdict for his derivative cause of action from the sum of $125,000 to the sum of $10,000, and upon the plaintiff's stipulation to reduce the verdict with respect to his derivative claim to $10,000, is in favor of the plaintiff and against each of them.

Ordered that the appeal by the defendant Saleh Sarwar,

M.D., P. C., is dismissed, without costs or disbursements, as that defendant is not aggrieved by the portion of the judgment cross-appealed from (*see,* CPLR 5511); and it is further,

Ordered that the judgment is affirmed insofar as appealed and cross-appealed from, without costs or disbursements.

The jury's finding that the defendants' failure to timely diagnose the decedent's cardiac tamponade was a substantial factor in causing her death is supported by sufficient evidence at trial (*see, Cohen v Hallmark Cards,* 45 NY2d 493; *Paccione v Greenberg,* 256 AD2d 559).

The parties' remaining contentions are without merit. Sullivan, J. P., Krausman, McGinity and H. Miller, JJ., concur.